UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LARRY A. STEELE,**

    Plaintiff,

v.                          CASE NO. 3:07-cv-676-J-25MCR

**DONALD C. WINTERS,** Secretary
of the Navy,

    Defendant.

___

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 7) recommending that Plaintiff's Complaint be dismissed without prejudice to Plaintiff filing a paid complaint. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. No objections have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 7) is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED without prejudice** to refile the complaint accompanied with the filing fee.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 26th day of September, 2007.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Pro Se* Plaintiff